Case 3:12-cv-00222-SWW   Document 1   Filed 09/20/12   Page 1 of 3

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 20 2012

JAMES W. McCORMACK, CLERK
By: _____
                          DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHIRLEY A. LEBLANC                                                         PLAINTIFF

v.          Case No. 3:12-cv-00222 SWW/JJR

PROASSURANCE INDEMNITY
COMPANY, INC.                                                              DEFENDANT

## NOTICE OF REMOVAL

Defendant, ProAssurance Indemnity Company, Inc., by and through its counsel, Waddell, Cole & Jones, P.A., pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes Civil Action No. CV-2012-76 from the Circuit Court of Lawrence County, Arkansas on the following grounds:

1.  On or about August 21, 2012, plaintiff Shirley LeBlanc, filed suit against defendant, ProAssurance Indemnity Company, Inc., in the Circuit Court of Lawrence County, Arkansas (the "Action"). The action was designated as Civil Action No. CV-2012-76.

2.  On or about August 28, 2012, defendant received service of the Summons and Complaint via service on the Corporation Service Company in Little Rock, Arkansas, ProAssurance Indemnity Company, Inc.'s Registered Agent for Service in Arkansas. True and accurate copies of the Summons, Complaint, and Notice of Service of Process are attached hereto as <u>Exhibit A</u>.

3. The first date on which defendant received a copy of the Complaint was August 28, 2012. Therefore, this Notice or Removal is timely filed within 30 days of service of the Complaint, as required by 28 U.S.C. § 1446(b).

4. Plaintiffs' complaint alleges claims of medical malpractice on the part of St. Bernards Hospital, Inc. d/b/a St. Bernards Medical Center ("SBMC"). Because SBMC is a charitable entity, and therefore, not subject to suit in tort, plaintiff filed this action against ProAssurance Indemnity Company, Inc. as the insurer of SBMC pursuant to Arkansas's Direct Action Statute, Ark. Code Ann. § 23-79-210. (Complaint ¶ 2). ProAssurance Indemnity Company, Inc. is a foreign corporation. (Complaint ¶ 2). Plaintiff is a resident of Lawrence County, Arkansas. Accordingly, there is complete diversity of citizenship between the plaintiff and defendant.

5. Plaintiff's complaint alleges that she has sustained damages in excess of the minimum amount required for diversity of citizenship jurisdiction in federal courts. (*See* Complaint ¶ 9).

6. Given that the matter in controversy exceeds the sum or value of $75,000 and is between citizens of different states, this Court has jurisdiction over the Action pursuant to 28 U.S.C. § 1332.

7. ProAssurance Indemnity Corporation, Inc. submits this Notice without waiving any defenses to the claims asserted by plaintiff or conceding that plaintiff has stated claims upon which relief may be granted.

8. ProAssurance Indemnity Corporation, Inc. is filing, contemporaneously with this Notice, a Notice of Filing Notice of Removal with the Clerk of the Circuit Court

of Lawrence County, Arkansas, informing the Clerk that the Action is being removed. A copy of said Notice of Filing Notice of Removal is attached hereto as <u>Exhibit B</u>.

WHEREFORE, separate defendant, ProAssurance Indemnity Corporation, Inc., requests that the Action be removed to this Court.

> Respectfully Submitted,
>
> Paul D. Waddell (87179)
> M. Scott Jackson (2008195)
> WADDELL, COLE & JONES, P.A.
> P.O. Box 1700
> Jonesboro, AR 72403
> (870) 931-1700
>
> By: _____
> Attorneys for Defendant,
> ProAssurance Indemnity Company, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing was made by mailing a copy of same to:

Ms. Kimberly Dale
Attorney at Law
414 West Court Street
Paragould, AR 72450

H. David Blair
Attorney at Law
P.O. Box 2135
Batesville, AR 72503

on this 20th day of September, 2012.

_____
M. Scott Jackson