Theresa J. Bradley
Staff Attorney
**ProAssurance Companies**
100 Brookwood Place, Suite 300
Birmingham, AL 35209
205.877.4466 direct
800.282.6242

---

**From:** Goodwin, LaQuita
**Sent:** Wednesday, August 29, 2012 7:49 AM
**To:** Hinton, Brian; Bradley, Theresa; Neville, Katie
**Subject:** FW: Notice of Service of Process - Shirley A. Leblanc vs. ProAssurance Indemnity Company, Inc.

FYI

---

**From:** sop@cscinfo.com [mailto:sop@cscinfo.com]
**Sent:** Tuesday, August 28, 2012 8:10 PM
**To:** Goodwin, LaQuita
**Subject:** Notice of Service of Process

# Corporation Service Company ®

*CSC SameDay SOP and CSC PowerBrief clients, click here to receive and view your Service of Process documents now. For more information on instant access to your SOP, click Sign Me Up.*

**NOTICE OF SERVICE OF PROCESS**

Transmittal Number: 10271496
Date: 08/28/2012

Pursuant to client instructions, we are forwarding this summary and notice of Service of Process. The Service of Process document has been sent to the primary contact listed below.

| | |
|---|---|
| **Entity:** | ProAssurance Indemnity Company, Inc. |
| **Entity I.D. Number:** | 2936243 |
| **Entity Served:** | ProAssurance Indemnity Company, Inc. |
| **Title of Action:** | Shirley A. Leblanc vs. ProAssurance Indemnity Company, Inc. |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Lawrence County Circuit Court, Arkansas |
| **Case/Reference No:** | CV2012-76 |
| **Jurisdiction Served:** | Arkansas |
| **Date Served on CSC:** | 08/28/2012 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |

**Sender Information:**
H. David Blair



EXHIBIT A

870-793-8350

**Primary Contact:**
Kathryn Neville
ProAssurance Corporation

**Copy of transmittal only provided to:**
LaQuita Goodwin

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

Please visit www.cscglobal.com for more information on CSC's Litigation and Matter Management services, including service of process (SOP) history, online acknowledgement of SOP, fully electronic scanned SOP and SOP package tracking information.

**CSC is SAS70 Type II certified for its Litigation Management System.**

**2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882   |**

**BLAIR & STROUD**
ATTORNEYS AT LAW
500 EAST MAIN • SUITE 201
P.O. BOX 2135
BATESVILLE, ARKANSAS 72503

TELEPHONE
(870) 793-8350

H. DAVID BLAIR
ROBERT D. STROUD
MICHELLE C. HUFF
BARRETT S. MOORE

TELECOPIER
(870) 793-3989

WRITER'S DIRECT E-MAIL
hdb@blastlaw.com

August 23, 2012

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
NO. 7011 1570 0000 0395 3521**

Corporation Service Company
Agent for Service of ProAssurance
    Indemnity Company, Inc.
300 Spring Building, Suite 900
300 South Spring Street
Little Rock, Arkansas 72201

> Re: Shirley A. LeBlanc v. ProAssurance
>     Indemnity Company, Inc.
>     <u>Lawrence County No. CV-2012-76</u>

Gentlemen:

Please find enclosed herewith a Summons from the Circuit Court of Lawrence County, Arkansas, in the above-styled case, together with a copy of the Complaint filed therein against ProAssurance Indemnity Company, Inc., which I am hereby serving upon you as agent for service of process of ProAssurance Indemnity Company, Inc.

With best regards, I am

Sincerely yours,

BLAIR & STROUD

H. David Blair

HDB/bc
Enclosures
cc: Ms. Kimberly Dale

## THE CIRCUIT COURT OF LAWRENCE COUNTY, ARKANSAS

### CIVIL DIVISION

SHIRLEY A. LEBLANC                                                                                   Plaintiff

V.                                                              No. CV 2012-76

PROASSURANCE INDEMNITY COMPANY, INC.                                  Defendant

## SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT: PROASSURANCE INDEMNITY COMPANY, INC.**

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: H. David Blair, P. O. Box 2135, Batesville, Arkansas 72503.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

MICHELLE EVANS, CLERK OF COURT

By: _Heather McJunkin_ (signature)

[SEAL]

Date: 8-21-12

Address of Clerk's Office:
P. O. Box 581
Walnut Ridge, Arkansas 72476

IN THE CIRCUIT COURT OF LAWRENCE COUNTY, ARKANSAS
CIVIL DIVISION

SHIRLEY A. LEBLANC,           )
                              )
        Plaintiff             )
                              )
VS.                           )     NO. CV-2012-96
                              )
PROASSURANCE INDEMNITY        )
COMPANY, INC.                 )     FILED
                              )     AUG 21 2012
        Defendant             )     2:50 pm
                                    Michelle _____ Circuit Clerk
                                    Lawrence Co., AR

## COMPLAINT

Comes Shirley A. LeBlanc, Plaintiff herein, and, for her claims against ProAssurance Indemnity Company, Inc., states:

1. Plaintiff is, and was at the time of the occurrence hereinafter described, a resident of Lawrence County, Arkansas. Plaintiff's claims arise out of personal injuries that she sustained in an occurrence in Jonesboro, Arkansas. This court has personal jurisdiction of Defendant, and venue is conferred by Ark. Code Ann. § 16-55-213(a).

2. Defendant is a foreign insurance company qualified to and is doing business within the State of Arkansas. Defendant is the liability insurance company for St. Bernard's Hospital, Inc. d/b/a St. Bernards Medical Center (hereinafter referred to as "SBMC"). SBMC is a nonprofit corporation and a charity and therefore is not subject to suit in tort.

Pursuant to Ark. Code Ann. § 23-79-210, Plaintiff has standing to assert a statutory cause of action against Defendant for all damages proximately caused by a negligent act or omission of an employee of SBMC acting within the scope of his or her employment.

3. At the time of the occurrence described herein, SBMC owned and operated a facility in Jonesboro, Arkansas, which did business under the name of St. Bernards Imaging Center (hereinafter referred to as "the Imaging Center"), through which facility it provided medical imaging services to the public. All employees working at the Imaging Center were employees of SBMC.

4. On September 7, 2010, Plaintiff went to the Imaging Center, upon referral by her physician, for the purpose of having a CT scan of her sinuses. The technician performing the procedure, Hannah Wimpy (Wimpy), an employee of SBMC, instructed Plaintiff to lie prone on the table for the CT machine, which was in a lowered position for access. Once Plaintiff was properly positioned, the table was raised to the appropriate height for the table to move into the CT machine for appropriate positioning for performing the procedure. At the conclusion of the procedure, Wimpy advised Plaintiff that the procedure was complete but did not lower the table, did not provide Plaintiff with any instructions or

2

guidance and did not offer Plaintiff any assistance in dismounting the table. Plaintiff, not realizing that the table had not been lowered, and not having the benefit of any instructions, attempted without assistance to dismount the table. Due to the height of the table, Plaintiff fell, while attempting to dismount the table and, as a result of the fall, she sustained the serious personal injuries hereinafter described.

5. As a direct result of the above-described occurrence, Plaintiff sustained an injury to her right hip and right wrist, both of which were immediately extremely painful. Wimpy heard or saw Plaintiff fall, and then went to her assistance. Later an ambulance was called, by means of which she was transported to SBMC's hospital for admission and treatment.

6. Upon admission to the hospital, an appropriate examination revealed that she had suffered a fracture of her right hip and a non-displaced fracture of her right wrist. She was taken to surgery by her attending orthopedic surgeon who repaired her right hip fracture by affixing the fragments of her femoral neck with metal screws. Following the surgery, she remained hospitalized at SBMC's hospital until September 11, 2010. After her discharge from the hospital, she underwent a course of physical therapy and convalesced for several months.

7. At the time of the occurrence described herein, Plaintiff was employed at the Wal-Mart store in Walnut Ridge, Arkansas, where she had been employed in the sporting goods department for approximately 25 years. Due to the injury herein described, Plaintiff was unable to resume her employment until on or about March 22, 2011.

8. As a direct result of the occurrence described herein, Plaintiff has sustained in the past, and will sustain in the future, the following elements of damage:

    (a) Past and future pain, suffering and mental anguish;

    (b) Past and future expenses for hospital, surgical, and other medical care;

    (c) Past loss of earnings;

    (d) Permanent physical impairment and injury;

    (e) Scars and visible results of her injury.

9. As a consequence of the foregoing, Plaintiff has sustained damages in excess of the minimum amount required for diversity of citizenship suits in United States District Courts.

10. The occurrence described herein was proximately caused by the negligence of Wimpy who was an employee and was at all times

acting within the scope of his employment by SBMC. Defendant, pursuant to Ark. Code Ann. § 23-79-210, is liable to Plaintiff for all damages proximately caused by the negligence of Wimpy, which negligence consists of, but is not limited to, the following acts and omissions:

    (a) Failure to lower the CT machine table to a height where Plaintiff could safely dismount;

    (b) Advising Plaintiff that the procedure was complete without also providing her with any instructions as to when it would be safe to dismount the CT machine table;

    (c) Failure to lend assistance to Plaintiff in dismounting the CT machine table.

WHEREFORE, Shirley A. LeBlanc, Plaintiff herein, demands judgment from and against ProAssurance Indemnity Company, Inc., Defendant herein, pursuant to its contract of liability insurance with SBMC, in the amount of her damages as may be assessed by the jury, which damages exceed the minimum amount required for diversity of citizenship suits in United States District Courts; and Plaintiff further demands, pursuant to Ark. Code Ann. § 23-79-208, additional damages in the amount of 12% together with her costs herein including a reasonable

5

attorney's fee allowance together with all further relief which the Court deems just and legal.

        SHIRLEY A. LEBLANC


Plaintiff

BY: KIMBERLY B. DALE  (# 2003195)
     Attorney at Law
     414 West Court Street
     Paragould, Arkansas 72450
     870-239-9581   Phone
     870-239-4859   Facsimile
     kdale@paragouldlawyer.com

          -and-

H. DAVID BLAIR  (# 65004)
Attorney at Law
P. O. Box 2135
Batesville, Arkansas 72503
870-793-8350   Phone
870-793-3989   Facsimile
hdb@blastlaw.com

By: _____
H. David Blair

## DEMAND FOR JURY TRIAL

Comes Shirley A. LeBlanc, Plaintiff herein, and, pursuant to Rule 38 of the Arkansas Rules of Civil Procedure, demands right of trial by jury as to all issues so triable.

SHIRLEY A. LEBLANC

Plaintiff

By: _____
H. David Blair





**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

KP / ALL
Transmittal Number: 10271496
Date Processed: 08/28/2012

| | |
|---|---|
| Primary Contact: | Kathryn Neville<br>ProAssurance Corporation<br>100 Brookwood Place<br>Suite 300<br>Birmingham, AL 35209 |
| Copy of transmittal only provided to: | LaQuita Goodwin |

| | |
|---|---|
| Entity: | ProAssurance Indemnity Company, Inc.<br>Entity ID Number 2936243 |
| Entity Served: | ProAssurance Indemnity Company, Inc. |
| Title of Action: | Shirley A. Leblanc vs. ProAssurance Indemnity Company, Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Lawrence County Circuit Court, Arkansas |
| Case/Reference No: | CV2012-76 |
| Jurisdiction Served: | Arkansas |
| Date Served on CSC: | 08/28/2012 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | H. David Blair<br>870-793-8350 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com