IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| SHIRLEY A. LEBLANC, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 3:12CV00222 SWW |
| | * | |
| PROASSURANCE INDEMNITY CO., INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |

**Order**

This matter is before the Court on plaintiff's motion to remand.  Defendant agrees that

remand is appropriate.  The motion to remand [docket entry 9] is granted.

IT IS THEREFORE ORDERED that the case is remanded to the Lawrence County,

Arkansas, Circuit Court.

DATED this 12ᵗʰ day of October, 2012.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE