IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


SHIRLEY A. LEBLANC,                          *
                                             *
                    Plaintiff,               *
vs.                                          *   No. 3:12CV00222 SWW
                                             *
PROASSURANCE INDEMNITY CO., INC.,            *
                                             *
                                             *
                    Defendant.               *

**Order**

This matter is before the Court on plaintiff's motion to remand.  Defendant agrees that

remand is appropriate.  The motion to remand [docket entry 9] is granted.

IT IS THEREFORE ORDERED that the case is remanded to the Lawrence County,

Arkansas, Circuit Court.

DATED this 12th day of October, 2012.


                                   /s/Susan Webber Wright

                                   UNITED STATES DISTRICT JUDGE